THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 24 P 12: 17

| | |
|---|---|
| THERESA HILL | |
| Plaintiff, | |
| | CIVIL ACTION NO.: 303 CV 4 (JCH) |
| V. | |
| | OCTOBER 23, 2003 |
| SBC/SOUTHERN NEW ENGLAND TELEPHONE (SNET) DISABILITY BENEFITS PLAN | |
| Defendant. | |

### CONSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS TO DEFENDANT SBC

Pursuant to D. Conn. L. Civ. R. 9(b), the Defendant hereby seeks an extension of time of thirty days, through and including November 4, 2003, within which to respond to Plaintiff's First Set of Interrogatories and Requests for Documents dated August 4, 2003 ("plaintiff's written discovery").

In support of this motion, the defendant represents the following.

1. On August 19, 2003, the defendant filed a motion for an extension of time of thirty days, through and including October 4, 2003, within which to respond to the plaintiff's written discovery.

2. On October 3, 2003, the defendant filed a second motion for an extension of time of thirty days, through and including November 4, 2003, within which to respond to the Plaintiff's written discovery in order to gather the requested production. The court denied said motion on October 8, 2003 for the stated reason that the defendant had failed to state "good cause" for the requested extension.

3. Undersigned counsel hereby represents that there is good cause for granting the thirty day extension until November 4, 2003, for the following reasons:

    a) the defendant's agent, Sedgwick CMS, is the administrator of the SBC Disability Plan. Sedgwick CMS maintains the records regarding the claims, manages the claims and makes decisions regarding disability pursuant to the SBC Disability Plan for SBC/Southern New England Telephone Company ("SBC") employees;

    b) there was some initial confusion on the part of SBC as to who would be responsible for providing the answers and requested documents, which confusion was exacerbated by first having to contact SBC corporate offices in San Antonio, Texas and then being referred to SBC's agent, Sedgwick CMS, in Chicago, Illinois to assess the nature and specifics of the request;

    c) the information and some documents requested were not readily available in Connecticut and additional time was therefore required to be able to provide responses to the plaintiff's written discovery.

4. On October 21, 2003, the defendant filed its objections to the plaintiff's written discovery.

5. On October 23, 2003, the defendant filed its answers and production to plaintiff's written discovery.

6. Plaintiff's counsel has no objection to the granting of this extension.

While this is the defendant's third Motion for Extension of Time with respect to plaintiff's written discovery, it is the second Motion for Extension of Time relating to the request for a thirty day extension until November 4, 2003.

THE DEFENDANT
SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

By_____
Regina Duchin Kraus CT08873
Lori B. Alexander CT08970
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Telephone: 203-784-8200
Fax: (203) 865-7865
Email: kraus@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 23rd day of October, 2003.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

_____
Regina Duchin Kraus