# 22

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 24  P 12: 17

US DIST...

| | |
|---|---|
| THERESA HILL | |
| Plaintiff, | |
| | CIVIL ACTION NO.: 303 CV 4 (JCH) |
| V. | |
| | OCTOBER 23, 2003 |
| SBC/SOUTHERN NEW ENGLAND TELEPHONE (SNET) DISABILITY BENEFITS PLAN | |
| Defendant. | |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR DOCUMENTS TO DEFENDANT SBC**

Pursuant to D. Conn. L. Civ. R. 9(b), the Defendant hereby seeks an extension of time of thirty days, through and including November 4, 2003, within which to respond to Plaintiff's First Set of Interrogatories and Requests for Documents dated August 4, 2003 ("plaintiff's written discovery").

In support of this motion, the defendant represents the following.

1. On August 19, 2003, the defendant filed a motion for an extension of time of thirty days, through and including October 4, 2003, within which to respond to the plaintiff's written discovery.

2. On October 3, 2003, the defendant filed a second motion for an extension of time of thirty days, through and including November 4, 2003, within which to respond to the Plaintiff's written discovery in order to gather the requested production. The court denied said motion on October 8, 2003 for the stated reason that the defendant had failed to state "good cause" for the requested extension.

GRANTED, Absent Objection
SO ORDERED
Janet C. Hall, U.S.D.J. 10/29/