THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL<br><br>    Plaintiff,<br><br>V.<br><br>SBC/SOUTHERN NEW ENGLAND<br>TELEPHONE (SNET) DISABILITY<br>BENEFITS PLAN<br><br>    Defendant. | CIVIL ACTION NO.: 303 CV 4 (JCH)<br><br>JANUARY 14, 2004 |

## MOTION FOR EXTENSION OF TIME RE: DISCOVERY DEADLINE AND FOR FILING DISPOSITIVE MOTIONS

The defendant respectfully moves for an extension of time for completing discovery and for filing dispositive motions as follows: a thirty day extension for completing discovery until February 16, 2004; a thirty-day extension for filing dispositive motions until March 29, 2004. In support of this motion, the defendant represents the following:

1. Pursuant to the court's ruling dated October 8, 2003, the current deadline for completing discovery is January 15, 2004. Although the plaintiff's deposition was started on December 19, 2003, it was not able to be completed until January 12, 2004. On January 13, 2004, the defendant filed supplemental requests for production directed to certain aspects of the plaintiff's testimony. The requested thirty-day extension would permit the defendant to obtain responses to such written discovery in order to prepare a proper defense to the plaintiff's claims.

2. Pursuant to the court's ruling dated October 8, 2003, the current deadline for filing dispositive motions is February 28, 2004. If discovery is not completed until February 16, 2004, the

date for filing dispositive motions must necessarily be extended. The requested extension is for six weeks, until March 29, 2004, from the date discovery is completed. The requested thirty-day extension would, therefore, permit the defendant to rely on responses to all written discovery in preparing a dispositive motion.

    3. Defense counsel has been unable to determine plaintiff's counsel's position on this motion despite diligent efforts to do so.

This is defendant's first motion to extend the deadline for completing discovery and the second motion to extend the deadline for filing dispositive motions.

THE DEFENDANT
SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

By _____
Regina Duchin Kraus CT08873
Lori B. Alexander CT08970
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Telephone: 203-784-8200
Fax: (203) 865-7865
Email: kraus@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 14th day of January, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Regina Duchin Kraus