#24

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THERESA HILL

    Plaintiff,

v.

SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

    Defendant.

2004 JAN 15  A 11: 44

US DISTRICT COURT
BRIDGEPORT CT

CIVIL ACTION NO.: 303 CV 4 (JCH)

JANUARY 14, 2004

## MOTION FOR EXTENSION OF TIME RE:
## DISCOVERY DEADLINE AND FOR FILING DISPOSITIVE MOTIONS

The defendant respectfully moves for an extension of time for completing discovery and for filing dispositive motions as follows: a thirty day extension for completing discovery until February 16, 2004; a thirty-day extension for filing dispositive motions until March 29, 2004. In support of this motion, the defendant represents the following:

1. Pursuant to the court's ruling dated October 8, 2003, the current deadline for completing discovery is January 15, 2004. Although the plaintiff's deposition was started on December 19, 2003, it was not able to be completed until January 12, 2004. On January 13, 2004, the defendant filed supplemental requests for production directed to certain aspects of the plaintiff's testimony. The requested thirty-day extension would permit the defendant to obtain responses to such written discovery in order to prepare a proper defense to the plaintiff's claims.

2. Pursuant to the court's ruling dated October 8, 2003, the current deadline for filing dispositive motions is February 28, 2004. If discovery is not completed until February 16, 2004, the

[Handwritten margin notes:] The court reluctantly grants this motion. This case is over a year old. No further extensions will be granted. Discovery cut-off is 2/16/04 and dispositive motions due by 3/29/04. SO ORDERED. 1/26/04

[Handwritten at top:] 03cv4 end