THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL<br><br>    Plaintiff,<br><br>V.<br><br>SBC/SOUTHERN NEW ENGLAND<br>TELEPHONE (SNET) DISABILITY<br>BENEFITS PLAN<br><br>    Defendant. | CIVIL ACTION NO.: 303 CV 4 (JCH)<br><br>MARCH 8, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF
### DEADLINE RE: DISPOSITIVE MOTIONS

The defendant respectfully moves for an extension of time for filing dispositive motions until April 19, 2004. In support of this motion, the defendant represents the following:

1. Although the plaintiff's deposition was started on December 19, 2003, it was not able to be completed until January 12, 2004. On January 13, 2004, the defendant filed supplemental requests for production directed to certain aspects of the plaintiff's testimony. On January 14, 2004, the defendant also filed a motion for extension of deadline re: dispositive motions seeking a thirty-day extension of the discovery deadline until February 16, 2004 and an extension until March 29, 2004 to file dispositive motions. The court granted that motion on January 28, 2004.

2. Pursuant to the court's ruling on January 28, 2004, the current deadline for filing dispositive motions, based on the February 16, 2004 date for completion of discovery, is March 29, 2004. However, the plaintiff did not comply with the January 13, 2004 supplement requests for discovery by February 16, 2004. Instead, the plaintiff mailed compliance on February 27, 2004

which compliance was received by undersigned counsel on Monday, March 1, 2004. In response to several requests, rather than provide the medical records that were the subject of the request, the plaintiff has provided medical authorizations permitting the defendant to obtain the medical records.

3. As a result, the defendant seeks an additional three weeks after March 29, 2004 to file dispositive motions for the following reasons. First, the plaintiff's compliance was late. Second, it is not clear how long it may take for all the health care providers to provide copies of the requested records when information in the records may be pertinent to some of plaintiff's claims in the instant matter. Third, the requested extension would permit the defendant to rely on responses to all written discovery, including pertinent medical records, in preparing a dispositive motion.

4. Defense counsel has been unable to determine plaintiff's counsel's position on this motion despite diligent efforts to do so.

This is defendant's third motion to extend the deadline for filing dispositive motions.

> THE DEFENDANT
> SBC/SOUTHERN NEW ENGLAND
> TELEPHONE (SNET) DISABILITY
> BENEFITS PLAN
>
> By _____
> Regina Duchin Kraus CT08873
> Lori B. Alexander CT08970
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> P.O. Box 1936
> New Haven, CT 06509-1910
> Telephone: 203-784-8200
> Fax: (203) 865-7865
> Email: kraus@tylercooper.com

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 8th day of March, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

_____
Regina Duchin Kraus