THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -9  A 9: 45

US DISTRICT COURT
BRIDGEPORT CT

THERESA HILL

 Plaintiff,

V.

CIVIL ACTION NO.: 303 CV 4 (JCH)

MARCH 8, 2004

SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

 Defendant.

### DEFENDANT'S MOTION FOR EXTENSION OF DEADLINE RE: DISPOSITIVE MOTIONS

The defendant respectfully moves for an extension of time for filing dispositive motions until April 19, 2004. In support of this motion, the defendant represents the following:

1. Although the plaintiff's deposition was started on December 19, 2003, it was not able to be completed until January 12, 2004. On January 13, 2004, the defendant filed supplemental requests [for production] directed to certain aspects of the plaintiff's testimony. On January 14, 2004, the [defendan]t also filed a motion for extension of deadline re: dispositive motions seeking a thirty-day [extension] of the discovery deadline until February 16, 2004 and an extension until March 29, 2004 [for di]spositive motions. The court granted that motion on January 28, 2004.

2. Pursuant to the court's ruling on January 28, 2004, the current deadline for filing [disposit]ive motions, based on the February 16, 2004 date for completion of discovery, is March 29, [2004. H]owever, the plaintiff did not comply with the January 13, 2004 supplement requests for [discov]ery by February 16, 2004. Instead, the plaintiff mailed compliance on February 27, 2004

Motion Granted.
Discovery cutoff date _____
Dispositive Motions due by 4/19/04
SO ORDERED
3/22/04  /s/ Janet C. Hall, U.S.D.J.

FILED
2004 MAR 22  P 5:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN