FILED

2003 SEP 30 P 12: 22

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THERESA HILL            :
                        :
VS.                     :    NO. 3:03CV4(JCH)
                        :
SBC / SOUTHERN NEW ENGLAND :
TELEPHONE (SNET) DISABILITY :
BENEFITS PLAN           :    SEPTEMBER 27, 2003

**MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

The plaintiff respectfully moves for an extension of all discovery deadlines in this case until December 1, 2003. In support of this motion, she represents as follows:

1. Defense counsel has no objection to this motion.

2. The present discovery deadline is October 1, 2003.

3. It will not be possible to conclude the plaintiff's deposition or other necessary discovery by that date.