THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL<br><br>    Plaintiff,<br><br>V.<br><br>SBC/SOUTHERN NEW ENGLAND<br>TELEPHONE (SNET) DISABILITY<br>BENEFITS PLAN<br><br>    Defendant. | CIVIL ACTION NO.: 303 CV 4 (JCH)<br><br>APRIL 19, 2004 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, SBC/Southern New England Telephone (SNET) Disability Benefits Plan, hereby moves that summary judgment be entered in its favor on the plaintiff's single-count Complaint dated December 27, 2002. Plaintiff's Complaint alleges that the defendant unlawfully denied her benefits under a disability benefits plan subject to the Employment Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq. ("ERISA"). The claim is brought by the plaintiff under ERISA.

Summary judgment is appropriate and should be granted because the decision to deny benefits to the plaintiff was not arbitrary and capricious.

*ORAL ARGUMENT IS NOT REQUESTED*

1

A Memorandum of Law in Support of Summary Judgment and an Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment are being filed on this same date. In accordance with the requirements of Local Rule 56(a)(1) of the District Court for the District of Connecticut, the defendant has also filed on this same date its Local Rule 56(a)(1) Statement.

Dated at New Haven Connecticut this 19th Day of April, 2004.

> **THE DEFENDANT**
> **SBC/SOUTHERN NEW ENGLAND**
> **TELEPHONE (SNET) DISABILITY**
> **BENEFITS PLAN**
>
> By _/s/ Lori B. Alexander_
> Lori B. Alexander CT08970
> Regina Duchin Kraus CT08873
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> P.O. Box 1936
> New Haven, CT 06509-1910
> Telephone: 203-784-8200
> Fax: (203) 865-7865
> Email: kraus@tylercooper.com
> Email: alexander@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 19th day of April, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT   06510

*Lori B. Alexander*
Lori B. Alexander CT08970

3