THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL<br><br>    Plaintiff,<br><br>V.<br><br>SBC/SOUTHERN NEW ENGLAND<br>TELEPHONE (SNET) DISABILITY<br>BENEFITS PLAN<br><br>    Defendant. | CIVIL ACTION NO.: 303 CV 4 (JCH)<br><br>APRIL 19, 2004 |

## DEFENDANT'S MOTION TO FILE PLEADINGS UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, SBC/Southern New England Telephone Company (SNET) Disability Benefits Plan ("SNET"), respectfully requests that the Court issue an Order sealing its (1) Memorandum of Law in Support of Defendant's Motion for Summary Judgment, (2) Local Rule 56(a)(1) Statement, and (3) Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment. This motion is being made because these pleadings contain medical records and references to plaintiff's medical condition and other personal information.

In light of the above, SNET has not provided copies of the above pleadings to the Court in electronic format.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven Connecticut this 19th Day of April, 2004.

                           **THE DEFENDANT**
                           **SBC/SOUTHERN NEW ENGLAND**
                           **TELEPHONE (SNET) DISABILITY**
                           **BENEFITS PLAN**

By _/s/ Lori B. Alexander_
        Lori B. Alexander CT08970
        Regina Duchin Kraus CT08873
        Tyler Cooper & Alcorn, LLP
        205 Church Street
        P.O. Box 1936
        New Haven, CT 06509-1910
        Telephone: 203-784-8200
        Fax: (203) 865-7865
        Email: kraus@tylercooper.com
        Email: alexander@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 19th day of April, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

_____
Lori B. Alexander CT08970