# THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THERESA HILL

    Plaintiff,

                              CIVIL ACTION NO.: 303 CV 4 (JCH)

V.

                              APRIL 19, 2004

SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

    Defendant.

## DEFENDANT'S MOTION TO FILE PLEADINGS UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, SBC/Southern New England Telephone Company (SNET) Disability Benefits Plan ("SNET"), respectfully requests that the Court issue an Order sealing its (1) Memorandum of Law in Support of Defendant's Motion for Summary Judgment, (2) Local Rule 56(a)(1) Statement, and (3) Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment. This motion is being made because these pleadings contain medical records and references to plaintiff's medical condition and other personal information.

In light of the above, SNET has not provided copies of the above pleadings to the Court in electronic format.

*ORAL ARGUMENT IS NOT REQUESTED*