

FILE COPY

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL | |
|     Plaintiff, | |
| | CIVIL ACTION NO.: 303 CV 4 (JCH) |
| V. | |
| | APRIL 29, 2004 |
| SBC/SOUTHERN NEW ENGLAND TELEPHONE (SNET) DISABILITY BENEFITS PLAN | |
|     Defendant. | |

### DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, SBC/Southern New England Telephone Company (SNET) Disability Benefits Plan ("SNET"), respectfully requests that the Court issue an Order sealing its Amended Local Rule 56(a)(1) Statement Submitted in Support of Defendant's Motion for Summary Judgment dated April 23, 2004. This motion is being made because these pleadings contain medical records and references to plaintiff's medical condition and other personal information.

In light of the above, SNET did not provide copies of the above pleading to the Court in electronic format.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven Connecticut this 29th Day of April, 2004.

                          THE DEFENDANT
                          SBC/SOUTHERN NEW ENGLAND
                          TELEPHONE (SNET) DISABILITY
                          BENEFITS PLAN

                          By _____
                             Lori B. Alexander CT08970
                             Regina Duchin Kraus CT08873
                             Tyler Cooper & Alcorn, LLP
                             205 Church Street
                             P.O. Box 1936
                             New Haven, CT 06509-1910
                             Telephone: 203-784-8200
                             Fax: (203) 865-7865
                             Email: kraus@tylercooper.com
                             Email: alexander@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 29th day of April, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

_____
Lori B. Alexander CT08970