THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 23 P 2:45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

THERESA HILL

    Plaintiff,

V.

SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

    Defendant.

CIVIL ACTION NO.: 303 CV 4 (JCH)

APRIL 23, 2004

### DEFENDANT'S REQUEST TO FILE
### AMENDED STATEMENT OF UNDISPUTED FACTS

The defendant, SBC/Southern New England Telephone (SNET) Disability Benefits Plan ("SNET"), hereby seeks permission of the Court to file an Amended Statement of Undisputed Facts which makes minor revisions to defendant's Statement of Undisputed Facts previously filed on April 19, 2004. The amendment makes certain technical and other minor revisions to the previously filed pleading. A copy of the amended pleading is attached hereto as Exhibit A.

                                     THE DEFENDANT
                                     SBC/SOUTHERN NEW ENGLAND
                                     TELEPHONE (SNET) DISABILITY
                                     BENEFITS PLAN

                                   By_____
                                     Lori B. Alexander CT08970
                                     Regina Duchin Kraus CT08873
                                     Tyler Cooper & Alcorn, LLP
                                     205 Church Street
                                     P.O. Box 1936
                                     New Haven, CT 06509-1910
                                     Telephone: 203-784-8200
                                     Fax: (203) 865-7865
                                     Email: kraus@tylercooper.com
                                     Email: alexander@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 23rd day of April, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

*Lori B. Alexander*
Lori B. Alexander CT08970