UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THERESA HILL | : | |
| | : | |
| VS. | : | NO. 3:03CV4(JCH) |
| | : | |
| SBC / SOUTHERN NEW ENGLAND TELEPHONE (SNET) DISABILITY BENEFITS PLAN | : | MAY 10, 2004 |

**PLAINTIFF'S MOTION TO FILE PLEADING UNDER SEAL**

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the plaintiff, THERESA HILL, respectfully requests that the Court issue an Order sealing its Local Rule 56(a)(2) Statement of Material Facts in Dispute. This motion is being made because this pleading contains medical records and references to plaintiff's medical condition and other personal information.

In light of the above, the plaintiff did not submit copies of the above referenced pleading to the Court in electronic format.

THE PLAINTIFF

_____
KATRENA ENGSTROM
Federal Bar No. ct09444
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: kengstrom@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Regina Duchin Kraus, Tyler Cooper & Alcorn, LLP, P. O. Box 1936, New Haven, CT 06509-1910.

_____
KATRENA ENGSTROM