THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 17 P 1:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THERESA HILL

    Plaintiff,

CIVIL ACTION NO.: 303 CV 4 (JCH)

V.

MAY 14, 2004

SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

    Defendant.

### CONSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant respectfully moves for a one week extension of time, until June 1, 2004, to file its reply to plaintiff's May 10, 2004 memorandum of law in opposition to defendant's motion for summary judgment ("plaintiff's opposition"). In support of this motion, the defendant represents the following:

1. Based on the May 10, 2004 date of the plaintiff's opposition, defendant's reply is due on May 24, 2004.

2. The plaintiff's opposition raises issues that need additional research and consideration.

3. Undersigned counsel has a post-trial brief in another matter due on May 28, 2004 and needs additional time in order to prepare adequately both the reply and the post trial brief.

*ORAL ARGUMENT NOT REQUESTED*

4. Plaintiff's counsel's consents to this requested extension of time.

This is defendant's first motion to extend the deadline for filing a reply to plaintiff's opposition.

                        THE DEFENDANT
                        SBC/SOUTHERN NEW ENGLAND
                        TELEPHONE (SNET) DISABILITY
                        BENEFITS PLAN

                        By_____
                        Regina Duchin Kraus CT08873
                        Lori B. Alexander CT08970
                        Tyler Cooper & Alcorn, LLP
                        205 Church Street
                        P.O. Box 1936
                        New Haven, CT 06509-1910
                        Telephone: 203-784-8200
                        Fax: (203) 865-7865
                        Email: kraus@tylercooper.com

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 14th day of May, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

                                       _____
                                       Regina Duchin Kraus