**FILED**

2004 MAY 14  P 12: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THERESA HILL

    **Plaintiff,**

                             **CIVIL ACTION NO.: 303 CV 4 (JCH)**

**V.**

                             **MAY 13, 2004**

SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

    **Defendant.**

### DEFENDANT'S REQUEST FOR LEAVE TO FILE AFFIDAVITS

    The defendant, SBC/Southern New England Telephone (SNET) Disability Benefits Plan

("SNET"), hereby seeks permission of the Court to file two Affidavits in substitution for the

unsigned Affidavit of Tracy Love Jones that was submitted as Exhibit Y in support of defendant's

memorandum of law in support of motion for summary judgment dated April 19, 2004. One of the

Affidavits sought to be filed, although signed by Tracy Love Jones, was not executed in front of a

notary before she went on a leave of absence. The second Affidavit was executed by Terry Harris,

a claims supervisor on the SBC Medical Absence and Accommodations Resource Team for short

**ORAL ARGUMENT NOT REQUESTED**

1

term disability benefits. Mr. Harris' Affidavit attests that Ms. Love Jones is on a leave of absence

and that he is in a position to attest to the medical information that had been provided to SMAART

covering the period after February 8, 2002 regarding Theresa Hill's claim for disability benefits for

the period February 9, 2002 through March 18, 2002.

    A copy of Tracy Love Jones' signed Affidavit and the original of Terry Harris' executed

Affidavit are attached hereto.

 

**THE DEFENDANT**
**SBC/SOUTHERN NEW ENGLAND**
**TELEPHONE (SNET) DISABILITY**
**BENEFITS PLAN**

By _____
    Lori B. Alexander CT08970
    Regina Duchin Kraus CT08873
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    P.O. Box 1936
    New Haven, CT 06509-1910
    Telephone: 203-784-8200
    Fax: (203) 865-7865
    Email: kraus@tylercooper.com
    Email: alexander@tylercooper.com

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid,

to the following counsel and pro-se parties of record this 13th day of May, 2004.

John R.Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT   06510


Regina Duchin Kraus