THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL | : |
| **Plaintiff,** | : |
| | : |
| V. | : CIVIL ACTION NO.: 303 CV 4 (JCH) |
| | : |
| | : MAY 11, 2004 |
| SBC/SOUTHERN NEW ENGLAND | : |
| TELEPHONE (SNET) DISABILITY | : |
| BENEFITS PLAN | : |
| | : |
| **Defendant.** | : |

### AFFIDAVIT OF TERRY HARRIS

I, Terry Harris, being duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I have personal knowledge of the facts set forth in this Affidavit.

3. I am an employee of Sedgwick CMS and administer claims for the SNET Disability Benefits Plan.

4. In February 2002, I was a case manager on the SBC Medical Absence and Accommodations Resource Team ("SMAART") for short term disability claims.

5. I am currently a SMAART claims supervisor for short term disability claims.

6. Tracy Love Jones is currently on a leave of absence.

7. The case notes are business records of SMAART. I have reviewed both the case notes and the SMAART file regarding Theresa Hill's claim for disability benefits for the period February 9, 2002 through March 18, 2002.

8. Case notes are kept by SMAART in the regular course of its business activities, including in the year 2002. It is regular and customary for SMAART to keep such case notes in the course of its business activities and to create the case notes at the time of the occurrences and events recorded therein, or within a reasonable time thereafter.

9. It was by way of one of SMAART's business records, a letter dated February 11, 2002, that Theresa Hill was notified that she did not qualify for continued benefits after February 8, 2002. See letter attached hereto and Exhibit I. At the time of the eligibility determination, the only medical information that had been provided to SMAART covering the period after February 8, 2002 was from Dr. Goman and Dr. Blam. That information was limited to an office treatment note from Dr. Goman regarding Theresa Hill's office visit on January 31, 2002 and a telephone conversation with Dr. Blam regarding his evaluation of Theresa Hill on February 6, 2002 in his office. A copy of Dr. Goman's office note is attached hereto as Exhibit Z. The note documents Ms. Hill's complaints of nausea and fatigue and that Dr. Goman prescribed a trial of antibiotics. Dr. Blam indicated that in his opinion Ms. Hill had a resolving viral gastritis and recommended follow-up in six weeks. Dr. Blam stated that he had not told Ms. Hill to stay out of work.

_____
TERRY HARRIS

Signed and sworn to me this _11_ day of May, 2004.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DEBBIE R. BURT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-14-2006