THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 303 CV 4 (JCH) |
| V. ) | |
| ) | APRIL 19, 2004 |
| SBC/SOUTHERN NEW ENGLAND ) | |
| TELEPHONE (SNET) DISABILITY ) | |
| BENEFITS PLAN ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF TRACY LOVE JONES

I, Tracy Love Jones, being duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am an employee of Sedgwick CMS and administer claims for the SNET Disability Benefits Plan.

3. In February 2002, I was a case manager on the SBC Medical Absence and Accommodations Resource Team ("SMAART") and was directly involved in determining whether Theresa Hill was eligible for continued disability benefits for the period after February 8, 2002.

4. I notified Theresa Hill by letter dated February 11, 2002 that she did not qualify for continued benefits after February 8, 2002. See letter attached hereto as Exhibit 1. At that time, the only medical information that had been provided to SMAART covering the period after February 8, 2002 was from Dr. Goman and Dr. Blam. That information was limited to an office treatment note from Dr. Goman regarding Theresa Hill's office visit on January 31, 2002 and a telephone conversation with Dr. Blam regarding his evaluation of Theresa Hill on February 6,

2002 in his office. See Dr. Goman's office note attached hereto as Exhibit 2. The note documents Ms. Hill's complaints of nausea and fatigue and that Dr. Goman prescribed a trial of antibiotics. During the February 6, 2002 telephone conversation with Dr. Blam, Dr. Blam indicated that in his opinion Ms. Hill had a resolving viral gastritis and recommended follow-up in six weeks. Dr. Blam stated that he had not told Ms. Hill to stay out of work for two to four weeks.

_____
**TRACY LOVE JONES**

Signed and sworn to me this _____ day of April, 2004.