FILED

2004 APR 29 P 4: 43

US DISTRICT COURT
BRIDGEPORT CT

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL<br><br>    Plaintiff,<br><br>V.<br><br>SBC/SOUTHERN NEW ENGLAND<br>TELEPHONE (SNET) DISABILITY<br>BENEFITS PLAN<br><br>    Defendant. | CIVIL ACTION NO.: 303 CV 4 (JCH)<br><br>APRIL 29, 2004 |

### DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, SBC/Southern New England Telephone Company (SNET) Disability Benefits Plan ("SNET"), respectfully requests that the Court issue an Order sealing its Amended Local Rule 56(a)(1) Statement Submitted in Support of Defendant's Motion for Summary Judgment dated April 23, 2004. This motion is being made because these pleadings contain medical records and references to plaintiff's medical condition and other personal information.

In light of the above, SNET did not provide copies of the above pleading to the Court in electronic format.

ORAL ARGUMENT IS NOT REQUESTED

MOTION GRANTED
SO ORDERED