THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA HILL<br><br>    **Plaintiff,**<br><br>V.<br><br>SBC/SOUTHERN NEW ENGLAND<br>TELEPHONE (SNET) DISABILITY<br>BENEFITS PLAN<br><br>    **Defendant.** | CIVIL ACTION NO.: 3:03CV00004 (JCH)<br><br><br><br><br>JUNE 9, 2004 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S LOCAL RULE 56(a)1 STATEMENT OF MATERIAL FACTS IN DISPUTE

1.  Disagree. Plaintiff acknowledges that she did not provide adequate medical documentation to the defendant to support her claim for disability during the appeal period. Plaintiff's Response to Defendant's Local Rule 56 (a)1 Statement of Material Facts Not in Dispute at A.4, 40.

2.  Agree that only the medical documentation identified in Exhibit M attached to Appendix was provided during the administrative appeal period.

3.  Disagree. The Plan does not create an obligation on the part of the defendant to "cure" a previously denied claim and the Plan does reserve discretion in the Committee, or its designee, to administer the Plan with "sole and complete discretionary authority and control to manage the operation and administration of the Plan, including . . . all questions relating to benefits. Exhibit F at 48 and Exhibit B at ¶ 5 pp. 3-4, respectively, attached to Appendix.

Dated at New Haven, Connecticut this 9th day of June, 2004.

        THE DEFENDANT
        SBC/SOUTHERN NEW ENGLAND
        TELEPHONE (SNET) DISABILITY
        BENEFITS PLAN

By _____
        Lori B. Alexander CT08970
        Regina Duchin Kraus CT08873
        Tyler Cooper & Alcorn, LLP
        205 Church Street
        P.O. Box 1936
        New Haven, CT 06509-1910
        Telephone: 203-784-8200
        Fax: (203) 865-7865
        Email: kraus@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 9th day of June, 2004.

John R. Williams
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

Regina Duchin Kraus
Federal Bar No.: CT08873