UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THERESA HILL

V                                                    3:03CV4JCH

SBC/SOUTHERN NEW ENGLAND
TELEPHONE (SNET) DISABILITY
BENEFITS PLAN

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 28, 2005, entered a Ruling on Defendant's Motion for Summary Judgment, granting the defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of March, 2005.

KEVIN F. ROWE, Clerk

By  /s/Catherine Boroskey
    Catherine Boroskey
       Deputy Clerk

Entered on Docket _____